THE SPORTS AUTHORITY
MICHIGAN, INC.,
Appellant,

v.

The PC AUTHORITY, INC., Appellee.

No. 02–1488.

United States Court of Appeals,
Federal Circuit.

DECIDED: Sept. 9, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

NORIAN CORPORATION,
Plaintiff–Appellant,

v.

STRYKER CORPORATION,
Defendant–Cross
Appellant.

No. 02–1490, 02–1506, 02–1507.

United States Court of Appeals,
Federal Circuit.

DECIDED: Sept. 10, 2002.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal * be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

* Appeal filed 7/18/02 by Norian Corp.